IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy Case No. 19-10191-TPA |
| | : | |
| STEVEN GRIFFITH, | : | Chapter 13 |
| Debtor, | : | |
| | : | Document No. |
| | : | |
| MARQUETTE SAVINGS BANK, | : | Related To Document No.: |
| Movant | : | |
| v. | : | Hearing Date and Time: July 10, 2019 at 10:30 a.m. |
| | : | |
| | : | |
| STEVEN GRIFFITH, and | : | |
| RONDA J. WINNECOUR, Trustee, | : | |
| Respondents | : | |

## NOTICE OF HEARING WITH RESPONSE DEADLINE
## ON MOTION FOR RELIEF FROM AUTOMATIC STAY

TO THE RESPONDENT(S):

You are hereby notified that the above Movant seeks an order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion no later than June 14, 2019, i.e., seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.

You should take this to your lawyer at once.

A hearing will be held on July 10, 2019, at 10:30 a.m. before Judge Thomas P. Agresti, 17 South Park Row, Bankruptcy Courtroom, Erie, Pennsylvania. Only a limited time of 10 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court. An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a response.

**MARSH SPAEDER BAUR SPAEDER & SCHAAF, LLP**

By */s/ Kurt L. Sundberg*
Kurt L. Sundberg
Pa. I.D. No. 56844
Attorneys for Movant
Suite 300, 300 State Street
Erie, Pennsylvania 16507
Date of Service: May 28, 2019     (814) 456-5301
ksundberg@marshlaw.com