FILED
7/12/19 4:29 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 19-10191-TPA |
| Steven Griffith | : | Chapter: | 13 |
| *Debtor(s).* | : | Date: | 7/12/2019 |
| | : | Time: | 10:30 |

## PROCEEDING MEMO

**MATTER:**  #28 MFRS by Marquette Savings Bank
#33 Resp. by Debtor

**APPEARANCES:**
Debtor:  Daniel P. Foster
Trustee:  Jana Pail
Marquette:  Kurt Sundberg

**NOTES:**

Sundberg:  Background of matters given. No payments have been made.

Winnecour:  Requesting dismissal w/o prejudice.

Foster:

**OUTCOME:**  GRANTED / OE
Trustee's oral motion for dismissal w/o prejudice is GRANTED

*[signature]*
ljm