FILED
7/12/19 4:26 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy Case No. 19-10191-TPA |
| STEVEN GRIFFITH, Debtor, | : | Chapter 13 |
| | : | Document No. |
| MARQUETTE SAVINGS BANK, Movant | : | Related To Document No.: 28 |
| v. | : | Hearing Date and Time: July 10, 2019 at 10:30 a.m. |
| STEVEN GRIFFITH, and RONDA J. WINNECOUR, Trustee, Respondents | : | |

## ORDER ON MOTION FOR RELIEF FROM AUTOMATIC STAY

This 12th day of July, 2019, upon consideration of the Movant's Motion for Relief from Automatic Stay, and a hearing thereon, it is

ORDERED that the automatic stay be and hereby is terminated as it affects the interest of Marquette Savings Bank in the real property and improvements thereon commonly known as 7824 Leach Road, Conneaut Lake, Pennsylvania and Marquette Savings Bank shall be entitled to proceed with an action in mortgage foreclosure against or deed in lieu of foreclosure with regard to said property.

_____
Thomas P. Agresti, Judge
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:    Case No. 19-10191-TPA
Steven Griffith    Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-1    User: llea    Page 1 of 1    Date Rcvd: Jul 15, 2019
                  Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 17, 2019.
db             +Steven Griffith,    7824 Leech Road,    Conneaut Lake, PA 16316-1304

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 17, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 12, 2019 at the address(es) listed below:
        Daniel P. Foster    on behalf of Debtor Steven  Griffith dan@mrdebtbuster.com,
         clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
        James  Warmbrodt    on behalf of Creditor    Trinity Financial Services, LLC bkgroup@kmllawgroup.com
        Kurt L. Sundberg    on behalf of Creditor    Marquette Savings Bank jrizzo@marshspaeder.com,
         tsapper@marshlaw.com;r48049@notify.bestcase.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                       TOTAL: 5