IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| Steven Griffith | : | Case No. 19-10191 TPA |
| *Debtor(s)* | : | Chapter 13 |
| | : | |
| Steven Griffith | : | Related to Doc No. 46 |
| *Plaintiff(s)/Movant(s)* | : | Adversary No. |
| | : | |
| v. | : | |
| | : | |
| No Respondents | : | Hearing: |
| *Defendant(s)/Respondent(s)* | : | |

## NOTICE AND ORDER SETTING HEARING ON AN EXPEDITED BASIS

*AND NOW*, this _____ day of _____, 20___, **NOTICE IS HEREBY GIVEN THAT** a *Request for an Expedited Hearing on Motion to Reopen Case* ("Motion") has been filed in the above-referenced case by **J. Wesley Rowden**, Counsel for Debtor/Movant. .

*On* _____, *20*___ at _____ **M.** a hearing has been scheduled in _____.

*On or before* _____, *Responses* to the *Motion* shall be filed with the Clerk of the Bankruptcy Court and served on the parties in interest.

*Movant shall serve* a copy of this completed Scheduling Order and the Motion by U.S. Mail **and**, (1) hand delivery **or** (2) facsimile **or** (3) email (separate from CM/ECF) on the Respondent(s), Trustee, Debtor, Debtor's Counsel, all secured creditors whose interests may be affected by the relief requested, U.S. Trustee and counsel for any committee.  In the absence of a committee, the Movant shall serve the 20 largest unsecured creditors.  Movant shall immediately file a certificate of service indicating such service.

_____
United States Bankruptcy Judge