FILED
9/27/19 3:17 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
    STEVEN GRIFFITH                     :    Case No. 19-10191-TPA
         *Debtor.*                         :    Chapter 13
                                          :    Related to Doc. No. 46, 47
                                          :    Hearing: Oct. 3, 2019 at 10:30 A.M.

## ORDER

AND NOW, this **27th** day of **September, 2019**, the Debtor having filed a *Request for an Expedited Hearing on Motion to Reopen Case* (Doc. 47), it is hereby **ORDERED, ADJUDGED** and **DECREED** that:

(1)    A hearing on the Debtor's *Expedited Motion to Reopen Case* (Doc. 46) is scheduled for *October 3, 2019* at *10:30 A.M.* in the Erie Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501 with **John Wesley Rowden, Esq., Daniel P. Foster, Esq., Kurt Sundberg, Esq.** and *Steven Griffith, Debtor,* to *personally appear.*

(2)    *On or before October 2, 2019* at *12:00 P.M., Responses* to the *Expedited Motion to Reopen Case* shall be filed with the Clerk of the Bankruptcy Court and served on the parties in interest.

(3)    *Movant shall immediately* serve a copy of this Order (and the related filing) by first class, prepaid U.S. Mail, to the Respondent(s), Trustee, Debtor, Debtor's Counsel, all secured creditors whose interests may be affected by the relief requested, U.S. Trustee and Counsel for any Committee, and to the extent possible, *also serve the foregoing by the following means*: (1) direct email (separate from CM/ECF); (2) hand delivery; and, (3) fax. In the absence of a Committee, the Movant shall serve the 20 largest unsecured creditors. *Movant shall immediately file a certificate of service* indicating such service.

_____
Thomas P. Agresti, Judge
United States Bankruptcy Court

Case administrator to serve:
    John Wesley Rowden, Esq.
    Daniel P. Foster, Esq.
    Kurt Sundberg, Esq.
    Ronda Winnecour, Chapter 13 Trustee
    Debtor

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Steven Griffith  
   Debtor

Case No. 19-10191-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1    User: bsil    Page 1 of 1    Date Rcvd: Sep 27, 2019  
         Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 29, 2019.  
db     +Steven Griffith, 7824 Leech Road, Conneaut Lake, PA 16316-1304

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

     ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2019      Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 27, 2019 at the address(es) listed below:

   Daniel P. Foster   on behalf of Debtor Steven Griffith dan@mrdebtbuster.com, clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com  
   James Warmbrodt   on behalf of Creditor Trinity Financial Services, LLC bkgroup@kmllawgroup.com  
   John Wesley Rowden   on behalf of Debtor Steven Griffith jwrowden@yahoo.com, elizdugan@yahoo.com;rowdenjr77560@notify.bestcase.com  
   Kurt L. Sundberg   on behalf of Creditor Marquette Savings Bank jrizzo@marshspaeder.com, tsapper@marshlaw.com;r48049@notify.bestcase.com  
   Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov  
   Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com

     TOTAL: 6