IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | | |
| Steven Griffith | : | Case No.19-10191TPA |
| | : | Chapter 13 |
|     Debtor(s) | : | |
| Steven Griffith | : | |
| | : | Related to Document #46 |
|     Movant(s) | : | |
| | : | Hearing Date 10/02/2019 |
|     vs. | : | |
| No Respondent | : | |
|     Respondent(s) | : | |

<u>TRUSTEE'S RESPONSE TO EXPEDITED MOTION TO REOPEN CASE</u>

Ronda J. Winnecour, Chapter 13 Trustee, by her undersigned counsel, respectfully represents the following:

1. This case was on February 28, 2019.

2. The Meeting of Creditors was originally scheduled for May 21, 2019. Debtor did not appear.

3. The Meeting of Creditors was rescheduled for June 25, 2019. At that time, debtor had made no plan payments. When queried by undersigned counsel about the plan payments, he indicated he was sending forms for automatic bank withdrawal "this week."

4. Undersigned counsel has reviewed the recording of the Meeting of Creditors.

5. The debtor was specifically shown the address printed on the Meeting of Creditors notice. He testified under oath that the address was correct.

6. Now debtor claims his address had a typographical error.

7. Since no plan payments were made, undersigned counsel scheduled a conciliation in the not too distant future to check for payments and hopefully recommend an interim confirmation order.

8. However, at the July 12, 2019 hearing, the case was dismissed for failure to remit plan payments upon the Trustee's oral motion.

9. The Trustee never received the forms necessary to process the automatic bank debit.

10. Debtor's first plan payment was due March 28, 2019 and every month thereafter.

11. On March 1, 2019 the Trustee mailed to the debtor a brochure which informs debtors in capital letters: "YOUR PAYMENTS SHOULD BEGIN IMMEDIATELY."

12. Now, the debtor claims that "he thought he had until the conciliation hearing in August to make his first payment from what was discussed at his 341 meeting."

13. Such an assertion, in the view of the Trustee, is both incredulous and disingenuous.

14. It is also belied by the fact that no payment was made on August 6, 2019 or anytime thereafter.

15. The timing of Debtor's emergency Motion suspect and indicative of a bad faith attempt to hinder and delay his creditor.

WHEREFORE, the Trustee so reports to the Court.


RONDA J. WINNECOUR,
CHAPTER 13 TRUSTEE


Date:  09/30/19             by    __/s/ Jana S. Pail_____
Jana S. Pail - PA I.D. #88910
Attorney for Trustee
US Steel Tower – Suite 3250
600 Grant St.
Pittsburgh, PA  15219
(412) 471-5566
jpail@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:
Steven Griffith                                     :    Case No.19-10191TPA
                                                    :    Chapter 13
    Debtor(s)                    :
Steven Griffith                                     :
                                                    :    Related to Document #46
    Movant(s)                    :
                                                    :    Hearing Date 10/02/2019
    vs.                          :
No Respondent                                       :
    Respondent(s)

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th of September 2019, I served one true and correct copy of the foregoing document on the following parties in interest by United States first-class mail, postage prepaid, addressed as follows:

Joseph S. Sisca, Esquire
Assistant U.S. Trustee
Suite 970, Liberty Center
1001 Liberty Avenue
Pittsburgh PA.  15222

Steven Griffith
7824 Leech Road
Conneaut Lake PA 16316

John Wesley Rowden, Esquire
Rowden Law Office
310 Chestnut Street Suite 225
Meadville PA 16335

    _/s/Dianne DeFoor_____
    Office of Chapter 13 Trustee
    US Steel Tower – Suite 3250
    600 Grant Street
    Pittsburgh, PA  15219
    (412) 471-5566
    cmecf@chapter13trusteewdpa.com