**THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | **CASE NO: 19-10191 TPA** |
| **STEVEN GRIFFITH** | : | **CHAPTER 13** |
| **DEBTOR** | : | |
| | : | |
| **STEVEN GRIFFITH** | : | |
| **MOVANT** | : | |
| | : | |
| | : | **Hearing Date and Time:** |
| **AND** | : | **October 3, 2019 10:30 p.m.** |
| | : | |
| **RONDA J. WINNECOUR, ESQUIRE** | : | |
| **CHAPTER 13 TRUSTEE,** | : | |
| | : | |
| **RESPONDENTS** | : | |

CERTIFICATE OF SERVICE OF MOTION
TO REOPEN CASE AND ORDER SCHEDULING HEARING


I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on October 1, 2019.

The types of service made on the parties First-class mail and email.

Ronda J. Winnecour, Esq
Suite 3250 USX Tower
600 Grant St
Pittsburgh, PA 15219

Office of the United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

Daniel P. Foster, Esq
Foster Law Office
PO Box 966
Meadville, PA 16335

Kurt Sundberg, Esq
300 State St
#300
Erie, PA 16507

The Debtor was personally served by hand delivery to his residence

EXECUTED ON:  October 1, 2019

By:     /s/ J. Wesley Rowden
        J. Wesley Rowden, Esq.
        310 Chestnut St., Ste. 225
        Meadville, PA 16335
        (814) 333-9000
        P.A. I.D. #49660
        Email: jwrowden@yahoo.com