IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
10/3/19 2:12 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

In re: : Case No.: 19-10191-TPA
:
Steven Griffith : Chapter: 13
:
*Debtor(s).* :
: Date: 10/3/2019
: Time: 10:30

## PROCEEDING MEMO

**MATTER:**  # 46 Expedited Motion to Reopen Chapter 13 Case
#51 Resp by Trustee

**APPEARANCES:**

Debtor: John Wesley Rowden + Mr. Griffith
Debtor's prior
Counsel: Daniel P. Foster
Trustee: Owen Katz (video)

**NOTES:**

Griffith: Mr. Foster told me I had to make a payment before the next hearing date, August 16th. My bank closed and it moved to Greenville. That was my fault yes.

Rowden: He told me he had made no payments. There was a conciliation scheduled in August. There are multiple Leech Roads. I drafted an amended plan to come up with the numbers. His son has prospects to start employment at an agro business. He also has promises from his brother that he would help him out. We would propose a drop-dead order. I would have to provide proof that he has paid. $1378 and the payment would be paid in three days.

Katz: As the Court is aware the Trustee seldomly opposes to reopen the case. The Trustee felt compelled to respond to the motion. The Trustee's sense was that the Debtor was not complying with his obligations. There is not a feasible plan in prospect. I would suggest the Debtor do an ACH as soon as possible.

**OUTCOME:** #46 Granted. Chambers to enter order. Amended plan to be filed on or before October 4, 2019 and payment to be made on or before October 8, 2019. The Debtor is to file a certification that payment is made. If payments are not timely the Court shall be notified. Payments will be due by the eight of each month thereafter. If he misses a payment the case will be dismissed with a two-year bar.

ljm