FILED
10/3/19 2:13 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
   STEVEN GRIFFITH                      :   Case No. 19-10191-TPA
      *Debtor.*                               :   Chapter 13
   STEVEN GRIFFITH,                    :   Related to Doc. No. 46
      *Movant,*                               :
      v.                                     :
   NO RESPONDENT.                  :

### ORDER

AND NOW, this **3rd** day of **October, 2019**, after a hearing held this date on the Debtor's *Expedited Motion to Reopen Case* (Doc. 46), for the reasons stated at the hearing, it is hereby **ORDERED**, **ADJUDGED** and **DECREED** that:

(1) The *Expedited Motion to Reopen Case* (Doc. 46) is **GRANTED** and the Order at Doc. No. 41 is **VACATED**.

(2) **On or before October 4, 2019** the Debtor shall file an *Amended Chapter 13 Plan.*

(3) **On or before October 8, 2019** the Debtor shall make a payment of **$1,378** to the Chapter 13 Trustee and file a *certification* that the payment has been made. Plan payments shall be due every eighth of the month each month thereafter.

(4) If the Debtor misses a plan payment, the Trustee shall timely notify the Court. In the event the Debtor misses any plan payment in this case, the above-captioned case will be dismissed without further notice or hearing with a two-year bar to refiling.

                                                Thomas P. Agresti, Judge
                                                United States Bankruptcy Court

Case administrator to serve:
   John Wesley Rowden, Esq.      Ronda Winnecour, Chapter 13 Trustee
   Daniel P. Foster, Esq.             Debtor
   Kurt Sundberg, Esq.

```
                           United States Bankruptcy Court
                           Western District of Pennsylvania
```

In re:                                                          Case No. 19-10191-TPA
Steven Griffith                                                 Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-1           User: dkam                Page 1 of 1              Date Rcvd: Oct 03, 2019
                               Form ID: pdf900           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 05, 2019.
db             +Steven Griffith,    7824 Leech Road,    Conneaut Lake, PA 16316-1304

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2019                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 3, 2019 at the address(es) listed below:
              Daniel P. Foster    on behalf of Debtor Steven  Griffith dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              James Warmbrodt    on behalf of Creditor    Trinity Financial Services, LLC bkgroup@kmllawgroup.com
              John Wesley Rowden    on behalf of Debtor Steven  Griffith jwrowden@yahoo.com,
               elizdugan@yahoo.com;rowdenjr77560@notify.bestcase.com
              Kurt L. Sundberg    on behalf of Creditor    Marquette Savings Bank jrizzo@marshspaeder.com,
               tsapper@marshlaw.com;r48049@notify.bestcase.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 6