FILED
10/4/19 9:24 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

STEVEN GRIFFITH                  :     Case No. 19-10191-TPA
      *Debtor.*                             :     Chapter 13
                                         :
                                         :

## ORDER

*AND NOW*, this **4th** day of ***October, 2019***, for the reasons stated at the October 3, 2019 hearing on the Debtor's *Expedited Motion to Reopen Case* (Doc. 46), it is hereby ***ORDERED***, ***ADJUDGED*** and ***DECREED*** that:

(1)    John Wesley Rowden, Esq. is appointed as Counsel for the Debtor in the above-captioned case.

(2)    Daniel P. Foster, Esq. is withdrawn as Counsel for the Debtor in the above-captioned case.

                                                    Thomas P. Agresti, Judge
                                                    United States Bankruptcy Court

Case administrator to serve:
    John Wesley Rowden, Esq.
    Daniel P. Foster, Esq.
    Kurt Sundberg, Esq.
    Ronda Winnecour, Chapter 13 Trustee
    Debtor

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Steven Griffith  
      Debtor

Case No. 19-10191-TPA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-1     User: bsil     Page 1 of 1     Date Rcvd: Oct 04, 2019  
                         Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 06, 2019.  
db          +Steven Griffith,    7824 Leech Road,    Conneaut Lake, PA 16316-1304

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.        TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 06, 2019                                             Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 4, 2019 at the address(es) listed below:  
       Daniel P. Foster    on behalf of Debtor Steven  Griffith dan@mrdebtbuster.com,  
        clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com  
       James Warmbrodt    on behalf of Creditor   Trinity Financial Services, LLC bkgroup@kmllawgroup.com  
       John Wesley Rowden    on behalf of Debtor Steven  Griffith jwrowden@yahoo.com,  
        elizdugan@yahoo.com;rowdenjr77560@notify.bestcase.com  
       Kurt L. Sundberg    on behalf of Creditor   Marquette Savings Bank jrizzo@marshspaeder.com,  
        tsapper@marshlaw.com;r48049@notify.bestcase.com  
       Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
       Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
                                                           TOTAL: 6