UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| | : | |
| IN RE: | : | Bankruptcy No. 19-10191-TPA |
| Steven Griffith | : | |
| DEBTOR(S) | : | Chapter 13 |
| | : | |
| | : | Related to Document No. 54 |
| Movant(s) | : | |
| | : | |
| NO RESPONDENT | : | |
| Respondent(s) | : | |

CERTIFICATE OF PAYMENTS MADE

The undersigned hereby certifies that, as of the date hereof, two payments have been made by the debtor in this case.  such payments are known to undersigned by copies money orders being sent to him electronically by the debor.  The payments were made by first class mail to the trustee's lockbox address.

Dated:  _11/6/2019____

By: /s/ J. Wesley Rowden
J. Wesley Rowden, Esquire
310 Chestnut St., Suite 225
Meadville, PA 16335
814-333-9000
No. 49660 – Pennsylvania
Email: jwrowden@yahoo.com