IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA (ERIE)

| | | |
|---|---|---|
| In Re: | : | Bankruptcy Case No. 19-10191-TPA |
| | : | |
| STEVEN GRIFFITH, | : | Chapter 13 |
| Debtor | : | |
| | : | Document No. |
| MARQUETTE SAVINGS BANK, | : | |
| Movant | : | Related to Document No.: 40 and 61 |
| | : | |
| v. | : | Hearing Date and Time: |
| | : | |
| STEVEN GRIFFITH and | : | |
| RONDA J. WINNECOUR, Trustee, | : | |
| Respondents | : | |

**JOINT STIPULATION AND CONSENT ORDER TO VACATE ORDER GRANTING RELIEF FROM STAY AND TO REINSTATE MARQUETTE SAVINGS BANK ON TRUSTEE'S DISBURSEMENT SCHEDULE**

AND NOW, come the movant, MARQUETTE SAVINGS BANK (hereinafter "Marquette" or "Movant"), the Debtor, Steven Griffith, and the Chapter 13 Trustee, by and through their respective undersigned counsel, and file this Joint Stipulation and Consent Order to Vacate Order Granting Relief from Stay and to Reinstate Marquette Savings Bank on Trustee's Disbursement Schedule and set forth as follows:

1. Movant obtained Relief from Stay in the above-captioned case at Document No. 40.

2. In addition, this Honorable Court entered an Order Dismissing Case Without Prejudice at Document No. 41.

3. At Document No. 46, the Debtor filed an Expedited Motion to Reopen Case.

4. At Document No. 54, this Honorable Court entered an Order vacating the Order to Dismiss and reinstating the Debtor's Chapter 13 Case.

5. However, when the Order was entered granting Marquette Relief from Stay, the Chapter 13 Trustee's Office removed Marquette from its disbursement schedule as if Marquette had been granted relief from stay to pursue foreclosure proceedings.

6. At Document No. 61, the Order confirming Debtor's Chapter 13 Plan dated September 23, 2019, provides Debtor is to obtain an Order Vacating the Relief from Stay Order so as to reinstate Marquette on the Trustee's disbursement schedule and receive post-Petition monthly mortgage payments.

7. Upon entry of this Order, the Order at Document No. 40 is VACATED and the Chapter 13 Trustee's Office shall reinstate Marquette Savings Bank on its disbursement schedule to receive post-Petition disbursements pursuant to the Debtor's Chapter 13 Plan in this case.

SO ORDERED this _____ day of January, 2020.

BY THE COURT:

_____
Thomas P. Agresti
United States Bankruptcy Judge

Consented to and Stipulated to by:

By */s/ Kurt L. Sundberg*
   Kurt L. Sundberg
   PA I.D. 56844
   Marsh Spaeder Baur Spaeder & Schaaf, LLP
   Attorneys for Movant
   300 State Street, Suite 300
   Erie, Pennsylvania 16507
   (814) 456-5301
   ksundberg@marshspaeder.com

By */s/ Jana Pail*
   Jana Pail
   PA I.D. 88910
   Attorney for Chapter 13 Trustee
   US Steel Tower – Suite 3250
   600 Grant Street
   Pittsburgh, PA 15219
   (412) 471-5566
   jpail@chapter13trusteewdpa.com

By */s/ J. Wesley Rowden*
   J. Wesley Rowden, Esq.
   PA I.D. 49660
   Attorney for Debtor
   Rowden Law Office
   310 Chestnut Street, Suite 225
   Meadville, PA 16335
   (814) 333-9000
   jwrowden@yahoo.com