IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy Case No. 19-10191-TPA |
| STEVEN GRIFFITH, | : | |
|         Debtor | : | Chapter 13 |
| | : | |
| MARQUETTE SAVINGS BANK, | : | Document No. |
|         Movant | : | |
| | : | Related to Document No.: 65 |
|         v. | : | |
| | : | Hearing Date and Time: |
| STEVEN GRIFFITH and | : | |
| RONDA J. WINNECOUR, Trustee, | : | |
|         Respondents | : | |

## CERTIFICATE OF SERVICE OF JOINT STIPULATION AND CONSENT ORDER

I certify under penalty of perjury that I served the above captioned pleadings on the parties at the addresses specified below or on the attached list on January 15, 2020.

The type of service made on the parties was by regular mail, postage prepaid and ECF.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification" and those served by mail will be listed under the heading "Service by First Class Mail."

Service by ECF:

Ronda J. Winnecour, Esquire<br>
<i>cmecf@chapter13trusteewdpa.com</i>

J. Wesley Rowden, Esq.<br>
<i>jwroden@yahoo.com</i>

<b>MARSH SPAEDER BAUR SPAEDER & SCHAAF, LLP</b>

    By: /s/ Kurt L. Sundberg
        Kurt L. Sundberg
        Pennsylvania I.D. No. 56844
        Marsh, Spaeder, Baur, Spaeder & Schaaf, LLP.
        300 State Street, Suite 300
        Erie, PA 16507
        (814) 456-5301
        ksundberg@marshlaw.com

Executed on: 01/15/20