FILED
1/14/20 1:10 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA (ERIE)

| | | |
|---|---|---|
| In Re: | : | Bankruptcy Case No. 19-10191-TPA |
| | : | |
| STEVEN GRIFFITH, | : | Chapter 13 |
| Debtor | : | |
| | : | Document No. |
| MARQUETTE SAVINGS BANK, | : | |
| Movant | : | Related to Document No.: 40 and 61  and 64 |
| | : | |
| v. | : | Hearing Date and Time: |
| | : | |
| STEVEN GRIFFITH and | : | |
| RONDA J. WINNECOUR, Trustee, | : | |
| Respondents | : | |

**JOINT STIPULATION AND CONSENT ORDER TO VACATE ORDER GRANTING RELIEF FROM STAY AND TO REINSTATE MARQUETTE SAVINGS BANK ON TRUSTEE'S DISBURSEMENT SCHEDULE**

AND NOW, come the movant, MARQUETTE SAVINGS BANK (hereinafter "Marquette" or "Movant"), the Debtor, Steven Griffith, and the Chapter 13 Trustee, by and through their respective undersigned counsel, and file this Joint Stipulation and Consent Order to Vacate Order Granting Relief from Stay and to Reinstate Marquette Savings Bank on Trustee's Disbursement Schedule and set forth as follows:

1. Movant obtained Relief from Stay in the above-captioned case at Document No. 40.

2. In addition, this Honorable Court entered an Order Dismissing Case Without Prejudice at Document No. 41.

3. At Document No. 46, the Debtor filed an Expedited Motion to Reopen Case.

4. At Document No. 54, this Honorable Court entered an Order vacating the Order to Dismiss and reinstating the Debtor's Chapter 13 Case.

5. However, when the Order was entered granting Marquette Relief from Stay, the Chapter 13 Trustee's Office removed Marquette from its disbursement schedule as if Marquette had been granted relief from stay to pursue foreclosure proceedings.

6. At Document No. 61, the Order confirming Debtor's Chapter 13 Plan dated September 23, 2019, provides Debtor is to obtain an Order Vacating the Relief from Stay Order so as to reinstate Marquette on the Trustee's disbursement schedule and receive post-Petition monthly mortgage payments.

7. Upon entry of this Order, the Order at Document No. 40 is VACATED and the Chapter 13 Trustee's Office shall reinstate Marquette Savings Bank on its disbursement schedule to receive post-Petition disbursements pursuant to the Debtor's Chapter 13 Plan in this case.

SO ORDERED this __14th__ day of January, 2020.

BY THE COURT:

Thomas P. Agresti        jlm
United States Bankruptcy Judge

Consented to and Stipulated to by:

By /s/ Kurt L. Sundberg
 Kurt L. Sundberg
 PA I.D. 56844
 Marsh Spaeder Baur Spaeder & Schaaf, LLP
 Attorneys for Movant
 300 State Street, Suite 300
 Erie, Pennsylvania 16507
 (814) 456-5301
 ksundberg@marshspaeder.com

By /s/ Jana Pail
 Jana Pail
 PA I.D. 88910
 Attorney for Chapter 13 Trustee
 US Steel Tower – Suite 3250
 600 Grant Street
 Pittsburgh, PA 15219
 (412) 471-5566
 jpail@chapter13trusteewdpa.com

By /s/ J. Wesley Rowden
 J. Wesley Rowden, Esq.
 PA I.D. 49660
 Attorney for Debtor
 Rowden Law Office
 310 Chestnut Street, Suite 225
 Meadville, PA 16335
 (814) 333-9000
 jwrowden@yahoo.com

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Steven Griffith  
    Debtor

Case No. 19-10191-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1     User: bsil     Page 1 of 1     Date Rcvd: Jan 14, 2020  
                    Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 16, 2020.
        +Jana Pail, Esquire,    Suite 3250 USX Tower,    600 Grant Street,    Pittsburgh, PA 15219-2702

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                               TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 16, 2020                                               Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 14, 2020 at the address(es) listed below:
        James Warmbrodt    on behalf of Creditor    Trinity Financial Services, LLC bkgroup@kmllawgroup.com  
        John Wesley Rowden    on behalf of Debtor Steven  Griffith jwrowden@yahoo.com, elizdugan@yahoo.com;rowdenjr77560@notify.bestcase.com  
        Kurt L. Sundberg    on behalf of Creditor    Marquette Savings Bank jrizzo@marshspaeder.com, tsapper@marshlaw.com;r48049@notify.bestcase.com  
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
                                                                                            TOTAL: 5