FILED
6/16/21 1:01 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| STEPHEN GRIFFITH | : | Case No. 19-10191-TPA |
| *Debtor* | : | Chapter 13 |
| | : | |
| RONDA J. WINNECOUR, CH 13 TRUSTEE | : | |
| *Movant* | : | |
| | : | |
| vs | : | Related to Document No. 76 |
| | : | |
| STEVEN GRIFFITH | : | |
| *Respondent* | : | |

## ORDER OF COURT

*AND NOW*, this **16th** day of ***June, 2021***, an ***Expedited Motion for Status Conference,*** Doc No. 76, having been filed by Ronda Winnecour, Chapter 13 Trustee, It is hereby **ORDERED, ADJUDGED** and **DECREED** that:

(1)  Any and all responses shall be filed and served ***on or before June 21, 2021.***

(2)  Debtor and Debtor's Counsel shall ***personally*** appear.

(3)  A ***Status Conference*** is scheduled for ***June 23, 2021 at 11:00 A.M.*** to be held by the ***Zoom Video Conference application.***  All Parties must comply with Judge Agresti's ***Amended Notice of Temporary Modification of Appearance Procedures***, dated and effective June 10, 2020, which can be found on the Court's website at https://www.pawb.uscourts.gov/sites/default/files/pdfs/tpa-proc-appearances.pdf.

1

(4)    ***Initializing Zoom Hearing:***    To join the Zoom hearing please initiate and use the following link at least 15 minutes prior to the scheduled hearing time: https://www.zoomgov.com/j/16021303488, or alternatively, use the following Meeting ID: 160 2130 3488. For questions regarding the connection contact Judge Agresti's Staff Attorney, Courtney Helbling, at 814-464-9781.

_____
Thomas P. Agresti, Judge    ljm
U.S. Bankruptcy Court

CA to mail to:
Debtor
John Wesley Rowden, Esq.
Daniel Foster, Esq.
Ronda J. Winnecour, Esq.

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-10191-TPA |
| Steven Griffith | Chapter 13 |
|     Debtor | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: bsil | Page 1 of 1 |
| Date Rcvd: Jun 16, 2021 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 18, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Steven Griffith, 7824 Leech Road, Conneaut Lake, PA 16316-1304 |
| | + Daniel P. Foster, Esq., Foster Law Offices, 1210 Park Avenue, Meadville, PA 16335-3110 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 18, 2021                    Signature:       /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 16, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Trinity Financial Services LLC bnicholas@kmllawgroup.com |
| John Wesley Rowden | on behalf of Debtor Steven Griffith jwrowden@yahoo.com elizdugan@yahoo.com;rowdenjr77560@notify.bestcase.com |
| Kurt L. Sundberg | on behalf of Creditor Marquette Savings Bank jrizzo@marshspaeder.com tsapper@marshlaw.com;r48049@notify.bestcase.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 5