IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
6/23/21 3:33 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

In re:  :  Case No.:  19-10191-TPA
 :
Steven Griffith  :  Chapter:  13
 :
    *Debtor(s).*  :
 :  Date:  6/23/2021
 :  Time:  11:00

## PROCEEDING MEMO

**MATTER**    # 76 Expedited Motion for Status Conference

**APPEARANCES:**

Debtor: John Wesley Rowden/Daniel Foster - Debtor did not appear
Trustee: Ronda J. Winnecour

**NOTES:**

Rowden: Atty. Foster withdrew from the case. We had a falling out in January since plan payment was raised.

Winnecour J.: Balance on hand is $5. The last payment was in April. A Certificate of Default is pending.

(11:15)

**OUTCOME:** Affidavit of default Order re plan payments. Chambers to issue Order. Missed payments: Dec, Feb, Mar, May, June, July  $1,474 is current payment as of 2/14/2010 Order.

ljm