Form 309

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

**Steven Griffith**           :      Case No. 19−10191−TPA
*Debtor(s)*             :      Chapter: 13
                           :
                           :
                           :
                           :
                           :

## <u>ORDER DISMISSING CASE WITHOUT PREJUDICE AND<br>TERMINATING WAGE ATTACHMENT</u>

         ***AND NOW,*** this ***The 14th of July, 2021,*** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby ***ORDERED, ADJUDGED and DECREED*** as follows:

         (1) The above−captioned case is ***DISMISSED, without prejudice***. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

         (2) Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

         (3) The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

         (4) The Clerk shall give notice to all creditors of this dismissal.

Thomas P. Agresti, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                          Case No. 19-10191-TPA

Steven Griffith                                                  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0315-1 | User: jmar | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 14, 2021 | Form ID: 309 | Total Noticed: 5 |

The following symbols are used throughout this certificate:

**Symbol      Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 16, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Steven Griffith, 7824 Leech Road, Conneaut Lake, PA 16316-1304 |
| 15017809 | + | Marsh Spaeder Baur Spaeder & Schaaf LLP, 300 State Street, Suite 300, Erie, PA 16507-1430 |
| 15017810 | | One Main Financial, 281 Main Street, Meadville, PA 16335 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15003111 | + | Email/Text: craig.dombrowski@marquettesavings.com | | Marquette Savings Bank, 920 Peach Street, Erie, PA 16501-1486 |
| | | | Jul 14 2021 23:14:00 | |
| 15017811 | | Email/Text: Bankruptcy.Notices@pnc.com | | PNC Mortgage, Attn: Bankruptcy Dept., 3232 Newmark Drive, Miamisburg, OH 45342 |
| | | | Jul 14 2021 23:14:00 | |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Trinity Financial Services, LLC |
| cr | *+ | Marquette Savings Bank, 920 Peach Street, Erie, Pa 16501-1486 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 16, 2021          Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 14, 2021 at the address(es) listed below:**

**Name                          Email Address**

Brian Nicholas
                    on behalf of Creditor Trinity Financial Services  LLC bnicholas@kmllawgroup.com

John Wesley Rowden
                    on behalf of Debtor Steven Griffith jwrowden@yahoo.com  elizdugan@yahoo.com;rowdenjr77560@notify.bestcase.com

Kurt L. Sundberg
                    on behalf of Creditor Marquette Savings Bank jrizzo@marshspaeder.com  tsapper@marshlaw.com;r48049@notify.bestcase.com

Office of the United States Trustee
                    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
                    cmecf@chapter13trusteewdpa.com


TOTAL: 5