**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | |
|---|---|
| STEVEN GRIFFITH | Case No.:19-10191 TPA |
| Debtor(s) | |
| Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1.  The case was filed on 02/28/2019 and confirmed on 11/18/2019 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

    2.  The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 24,443.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 24,443.00 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 2,000.00 | |
|    Trustee Fee | 1,387.76 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 3,387.76 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| MARQUETTE SAVINGS BANK<br>  Acct: 0231 | 0.00 | 19,980.17 | 0.00 | 19,980.17 |
| MARQUETTE SAVINGS BANK<br>  Acct: 0231 | 0.00 | 0.00 | 0.00 | 0.00 |
| MARQUETTE SAVINGS BANK<br>  Acct: 0231 | 28,179.34 | 1,075.07 | 0.00 | 1,075.07 |
| | | | | 21,055.24 |
| **Priority** | | | | |
| J WESLEY ROWDEN ESQ<br>  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| STEVEN GRIFFITH<br>  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| FOSTER LAW OFFICES**<br>  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| DANIEL P FOSTER ESQ**<br>  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| DANIEL P FOSTER ESQ**<br>  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |

| 19-10191 TPA | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 2 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| **Priority** | | | | |
|   DANIEL P FOSTER ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   J WESLEY ROWDEN ESQ | 2,000.00 | 2,000.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | \*\*\*N O N E\*\*\* | | | |
| **Unsecured** | | | | |
|   BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | \*\*\*N O N E\*\*\* | | | |

TOTAL PAID TO CREDITORS                        21,055.24

TOTAL CLAIMED
PRIORITY         0.00
SECURED     28,179.34
UNSECURED        0.00

Date: 08/06/2021

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com